**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**Case No.: 5:25-cv-01854-JKP-HJB**

**PETERICK LEE CERRADO FULLER,**

**Plaintiff,**

**FIRST AMENDED COMPLAINT**

**v.**

**RANDOLPH-BROOKS FEDERAL CREDIT UNION,**

**DEMAND FOR JURY TRIAL**

**Defendant.**
________________________________________/

## FIRST AMENDED COMPLAINT

Plaintiff, Peterick Lee Cerrado Fuller ("Plaintiff"), by and through counsel, files this Complaint against Randolph-Brooks Federal Credit Union ("Defendant"), pursuant to the Fair Credit Reporting Act, 15 USC §1681 *et seq.* ("FCRA").

## JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 15 U.S.C. §1681p, and 28 U.S.C. § 1331.

2. Venue in this District is proper because Defendant is a business entity that regularly conducts business in the Western District of Texas, and which has a principal place of business located at 1 Ikea-RBFCU Pkwy, Live Oak, TX 78233.

## DEMAND FOR JURY TRIAL

3. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## PARTIES

4. Plaintiff is a natural person, and a citizen of the State of Texas, residing in Dallas



LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

County, Texas.

5. Defendant RBFCU is a financial institution and a "person" as defined by FCRA, 15 USC §1681a(b).

## GENERAL ALLEGATIONS

6. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies. The FCRA is intended "to protect consumers from the transmission of inaccurate information about them, and to establish credit reporting practices that utilize accurate, relevant, and current information in a confidential and responsible manner." The FCRA was enacted "to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy."

7. Section 1681s-2(b) imposes a second category of duties on furnishers of information.

8. This obligation is triggered upon "notice of dispute"-- that is, when a person who furnished information to a CRA receives notice from the CRA that the consumer disputes the information. *See* § 1681i(a)(2) (requiring CRA's promptly to provide such notification containing all relevant information about the consumer's dispute). Subsection 1681s-2(b) provides that, after receiving a notice of dispute, the furnisher shall:

> (A) conduct an investigation with respect to the disputed information;
>
> (B) review all relevant information provided by the [CRA] pursuant to section 1681i(a)(2)...;
>
> (C) report the results of the investigation to the [CRA];



**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(D) if the investigation finds that the information is incomplete or inaccurate, report those results to all other [CRAs] to which the person furnished the information...; and

(E) if an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation under paragraph(1)...(i)modify... (ii)delete [or] (iii)permanently block the reporting of that item of information [to the CRAs].

9. Any furnisher who negligently fails to comply with any of its investigation duties is liable to the consumer for actual damages, the costs of litigation, and attorney fees. If the violation is willful, the furnisher is liable for actual damages or minimum statutory damages up to $1000, for punitive damages, as well as for costs and attorney fees.

**Background**

10. In or about December 2024, Plaintiff obtained copies of his consumer credit reports from Equifax, Experian, and TransUnion (the "Credit Reporting Agencies").

11. Upon review of those reports, Plaintiff discovered that Randolph-Brooks Federal Credit Union ("RBFCU") was furnishing a tradeline identified as RBFCU Account No. 520069950216**** with a reported balance of approximately $6,560.00 and a status of charged-off.

12. The account was reported as having been opened on or about July 11, 2017.

13. Plaintiff did not apply for, open, authorize, or otherwise consent to the opening of this RBFCU account.

14. Plaintiff submitted an FTC Identity Theft Report on or about January 30, 2025, outlining this RBFCU account.


LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

15. Plaintiff did not provide RBFCU with any application, electronic authorization, signature, identification documents, or other consent to establish the account.

16. Plaintiff did not receive any financial benefit from the RBFCU account.

17. In or about January 2025 & February 2025, Plaintiff disputed the inaccurate and/or misleading reporting of the credit information listed above ("The Incorrect RBFCU Information") with the Credit Reporting Agencies.

18. After notice of dispute from the Credit Reporting Agencies, and a chance to remedy the inaccurate information. Defendant failed to correct The Incorrect RBFCU Information.

19. On or about April 6, 2025, the Addison Police Department contacted Plaintiff, and informed Plaintiff of individuals who fraudulently use and possessed Plaintiff's identifying information.

20. The named individuals in the police report are Martin Jamaine Clark and Jarvis Devonte Nute.

**COUNT I**
**RANDOLPH-BROOKS FEDERAL CREDIT UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT**
(15 U.S.C. §1681s-2(b))

21. Plaintiff incorporates the allegations regarding Defendant RBFCU in ¶¶ 1-20 of this Complaint.

22. After Plaintiff disputed the RBFCU account with the credit reporting agencies, those consumer reporting agencies provided notice of the dispute to Defendant pursuant to 15 U.S.C. § 1681i(a)(2).

23. Upon receiving notice of the dispute, Defendant was required under 15 U.S.C. § 1681s-2(b) to conduct a reasonable investigation into the disputed information, review all relevant


LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

information provided by the consumer reporting agencies, and report accurate results.

24. The specific inaccuracy at issue is Defendant's reporting of a $6,560.00 charged-off account that Plaintiff did not open, authorize, or owe.

25. After receiving notice of Plaintiff's identity-theft-based dispute, Defendant failed to conduct a reasonable investigation into whether the account legitimately belonged to Plaintiff.

26. Defendant failed to obtain, review, or rely upon competent evidence demonstrating that Plaintiff applied for, authorized, or benefitted from the account.

27. Defendant failed to compare the identifying information associated with the account against Plaintiff's known identifying information to determine whether the account resulted from identity theft or a mixed file.

28. Despite the lack of documentation demonstrating Plaintiff's authorization or liability, Defendant verified the account as accurate to the consumer reporting agencies.

29. Defendant failed to delete the reporting of the account after being unable to reasonably verify its accuracy.

30. Defendant continued furnishing the inaccurate information to the credit reporting agencies following its reinvestigation.

31. Defendant's failure to conduct a reasonable investigation and failure to delete the inaccurate information constitutes a violation of 15 U.S.C. § 1681s-2(b).

32. Defendant's conduct was willful in that it acted in reckless disregard of its statutory duties by verifying a fraudulent account.

33. Alternatively, Defendant's conduct was negligent.

34. Defendant further violated 15 U.S.C. § 1681s-2(b) by continuing to report the incorrect information within Plaintiff's credit files with the Credit Reporting Agencies by failing


**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

to fully and properly investigate the Plaintiff's dispute(s) of the incorrect information, failing to accurately respond to the CRAs, failing to correctly report results of an accurate investigation to every other consumer reporting agency, and failing to permanently and lawfully correct its own internal records to prevent the incorrect reporting of the Plaintiff's credit file to the consumer reporting agencies.

35. Defendant's conduct, action, and inaction, were willful, rendering it liable for actual or statutory, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

36. As a direct and proximate result of Defendant's violations, Plaintiff has suffered actual damages, including but not limited to credit harm, emotional distress, and loss of credit opportunities.

37. Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n) and/or 1681o.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, prays that this Honorable Court:

A. Enter Judgment in favor of Plaintiff against Defendant for all reasonable damages sustained by Plaintiff for Defendant's violations of the FCRA, applicable state law, and common law;

B. Find that the appropriate circumstances exist for an award of punitive damages to Plaintiff;

C. Award Plaintiff pre-judgment and post-judgment interest, as allowed by law;

D. Order that the Defendant works to reinvestigate and correct the consumer report(s),



LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street | Wilton Manors, FL 33305 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

credit report(s), data emanations, consumer histories, and credit histories of and concerning Plaintiff and/or any of Plaintiff's personal identifiers;

E. Grant such other and further relief, in law or equity, to which Plaintiff might show her is justly entitled.

Dated: March 5, 2026

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Texas Bar No.: 24134450
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's Case Management/Electronic Case Files (CM/ECF) system, which will electronically serve all counsel of record.

/s/ Zane C. Hedaya, Esq.
**ZANE C. HEDAYA, ESQ.**
Texas Bar No.: 24134450
E-mail: zane@jibraellaw.com